HERMAN WEXLER, PETITIONER-RESPONDENT, v. LAMBRECHT FOODS, RESPONDENT-PETITIONER.

See same case below: 64 *N. J. Super.* 489.

*Messrs. O'Brien, Brett & O'Brien* for the petitioner.

*Mr. Ronald G. Targan* for the respondent.

February 14, 1961. Denied.

ESSEX COUNTY RETAIL LIQUOR STORES ASSOCIATION, APPELLANT-PETITIONER, v. MUNICIPAL BOARD OF ALCOHOLIC BEVERAGE CONTROL OF THE CITY OF NEWARK, *ET AL.*, RESPONDENTS-RESPONDENTS.

*Messrs. Brass & Brass* for the petitioner.

*Messrs. Lum, Biunno & Tompkins* and *Mr. Herbert D. Kelleher* for the respondents.

February 14, 1961. Denied.